**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6326

QUAMAINE LEE MASSEY,

Plaintiff - Appellant,

v.

JAMESE VIGUS, Unit Manager; WARDEN JAMIE L. BULLARD,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:20-ct-03184-BO)

Submitted:  October 11, 2024                    Decided:  November 6, 2024

Before KING and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Quamaine Lee Massey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quamaine Lee Massey appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Massey v. Vigus*, No. 5:20-ct-03184-BO (E.D.N.C. Mar. 23, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*